JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff EBRAHIM JUMA

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBRAHIM JUMA,<br><br>          Plaintiff,<br><br>vs.<br><br>CLARK COUNTY WATER RECLAMATION DISTRICT, an agency of Clark County, Nevada; DOE individuals 1-10; ROE Nevada state government entities or political subdivisions,<br><br>          Defendants. | Case No.: 2:20-cv-00120-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to respond to the Defendant's Motion for Summary Judgment (ECF No. 35) from the current due date of Monday, December 27, 2021 (December 24 being a holiday) through and including **_Tuesday, January 18, 2022_** (Monday January 17 being a holiday)

This is the first request for an extension of this deadline.  The parties provide the following information to the Court regarding the proposed extension of time:

1. Plaintiff's counsel's office has been operating on a reduced schedule due to the December holiday season;

2. Additionally, Plaintiff's counsel is has had, and is facing, a very heavy workload with respect to briefing including the following:

1

a. Opening Brief and Reply Brief on an important and novel issue of workers' compensation law with the Opening Brief having been due and filed on December 6, 2021 and the Reply Brief due on December 23, 2021;

b. Mediation brief for private mediation due and filed on December on December 9, 2021 for successful mediation held on December 16, 2021;

c. Reply Brief to Ninth Circuit due and filed on December 8, 2021;

d. Responses filed to motions in this case filed on December 17, 2021

Additionally, Plaintiff's counsel has had to respond to extensive discovery requests that have been due over the past two weeks.  Also Plaintiff's counsel had a major workers' compensation CLE that took place over December 9 and 10, 2021 which he attended and was a speaker.  He has had depositions including one in Winnemucca, Nevada coming up on December 22, 2021.  He continues to advise and consult new clients and has assisted in the filing of discrimination charges with Nevada Equal Rights Commission and EEOC.  Being short staffed, running reduced hours, and the heavy workload set forth above necessitates more time to respond to the Motion for Summary Judgment in this case.

///

///

///

///

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this _21st _ day of December, 2021.    DATED this _21st _ day of December, 2021.

KEMP & KEMP, ATTORNEYS AT LAW    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: __/s/ James P. Kemp_____    By: __/s/ Robert W. Freeman_____
    JAMES P. KEMP, ESQ.                  ROBERT W. FREEMAN, ESQ.
    Nevada Bar No. 6375                  Nevada Bar No. 003062
    7435 W. Azure Drive, Suite 110       6385 S. Rainbow Boulevard, Suite 600
    Las Vegas, Nevada 89130              Las Vegas, Nevada 89118
    *Attorneys for Plaintiff*            *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

December 22, 2021
DATED: _____

3